**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Mar-Ya J. Zuke,

    Plaintiff,

    v.

American Airlines, Inc.,
Long-Term Disability Plan, *et al.,*

    Defendants.

Case No. 1:13cv403

Judge Michael R. Barrett

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant American Airliness, Inc., Long-Term Disability Plan's Motion for Judgment as a Matter of Law (Doc. 21) is granted.

Date: March 31, 2015

                                         Richard W. Nagel, Clerk
                                         Clerk

                          By:         *S/Barbara A. Crum*
                                        Deputy Clerk